**Frederick A. SPECKTOR, Petitioner— Appellant,**

v.

**CITIBANK [SOUTH DAKOTA], N.A., Respondent—Appellee.**

**No. 05–55058.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 14, 2007.*

Filed Feb. 16, 2007.

Leonard Steiner, Esq., Steiner & Libo, Beverly Hills, CA, for Petitioner–Appellant.

Julia B. Strickland, Esq., Stroock & Stroock & Lavan, Los Angeles, CA, for Respondent–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Suzanne B. Conlon, Senior United States District Judge for the Northern District of Illinois, sitting by designation.

Before: CANBY and THOMAS, Circuit Judges, and CONLON,** District Judge.

MEMORANDUM ***

Frederick Specktor appeals the district court's denial of his motion to vacate a final and binding arbitration award. After a careful review of the record and the briefs, we affirm the judgment of the district court for the reasons stated in the well-reasoned district court opinion.

**AFFIRMED.**

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.